UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMRA FOGGY,

         Plaintiff,

    v.

UNITED STATES GOVERNMENT, et al.,

         Defendants.

CASE NO. MS06-131RSM

ORDER OF DISMISSAL

    Plaintiff Tamra Foggy, appearing *pro se*, has presented various documents to the Court, seeking court-appointed counsel and leave to proceed *in forma pauperis* for an undisclosed purpose. No proposed complaint or other statement indicting the purpose of this action accompanies the requests. These filings wholly fail to comply with a previous Order of this Court, filed January 3, 2001, directing that any application by this plaintiff for leave to proceed *in forma pauperis* shall be denied unless she submits, together with a proposed complaint and application, a separate statement demonstrating good cause for proceeding in the action. *Tamra Foggy v. the Pentagon*, C00-1423MJP, Dkt. # 10. If the proposed complaint is deemed deficient, plaintiff shall not be given an opportunity to amend prior to dismissal. *Id*.

    Plaintiff's present filing is deficient in that she has presented neither a proposed complaint nor a separate statement demonstrating good cause. The application for leave to proceed *in forma pauperis* is accordingly DENIED. The Clerk shall close this file and shall mail a copy of this Order to plaintiff.

    DATED this 13th day of September 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1